AO 91(Rev.5/85) Criminal Complaint

# United States District Court

<u>CENTRAL</u>      **DISTRICT OF**      <u>CALIFORNIA</u>

UNITED STATES OF AMERICA

    v.

JORGE GUERRERO
    aka RICARDO GUERRERO
    aka DREAMER
    aka BENJI
    aka LIL DREAMER
REG#: 65929-112

CRIMINAL COMPLAINT

2:22-mj-04622 -DUTY

CASE NUMBER:

```
LODGED
CLERK, U.S. DISTRICT COURT
11/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT
11/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ bm ____ DEPUTY
```

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 18, 2022, in Los Angeles County, within the Central District of California, defendant JORGE GUERRERO ("GUERRERO") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

    On or about November 18, 2022, the United States Marshals Service received information from Juan F. Herrera, the reporting official and Residential Reentry Manager for the Marvin Gardens Center ("RRC"), stating that GUERRERO had escaped from federal custody when he walked away from the RRC, located at 9411 South Central Avenue, Los Angeles, California 90002. According to Bureau of Prisons (BOP) records, GUERRERO is a white Hispanic male; stands approximately 5 feet 8 inches tall; weighs approximately 170 pounds; is bald; and has brown eyes. GUERRERO is 32 years old and is a United States citizen.

    From my review of court records, I learned that on February 24, 2022, in the United States District Court for the Central District of California, Case No. 2:16-CR-681-FMO, GUERRERO was sentenced to a term of imprisonment for twelve (12) months with no supervision to follow, for admitting to Allegations One and Two, as set forth in a Violation Petition, filed on January 5, 2021. On November 15, 2022, GUERRERO was transferred from United States Penitentiary Victorville to the RRC. GUERRERO was scheduled to be released from the RRC on February 9, 2023.

    On November 18, 2022, GUERRERO walked out of the RRC without prior authorization. At approximately 4:51 p.m., GUERRERO told staff he had a family emergency and walked out the front entrance of the facility with his property. GUERRERO did not have prior authorization to leave the facility. The current whereabouts of GUERRERO are unknown.

Continued on the attached sheet and made a part hereof:    ☐ Yes ☒  No

Attested to by the applicant in accordance with the requirements of Fed. R. Crimp. P. 4.1 by telephone.

*/s/Matthew Starr*
Signature of Complaint
Deputy U.S. Marshal

November 23, 2022
Date

at Los Angeles, California
City and State

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer